No. 4935.—Núñez del Manzano, aplda. v. Del Manzano, aplte.—C. D. San Juan. Abril 9, 1929. Habiendo vencido con exceso el término que tenía el apelante

para radicar en esta corte la transcripción del récord sin que lo haya hecho, se declara con lugar la moción para desestimar y en su consecuencia se desestima la apelación interpuesta en este caso.